## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

JOHN ANDRE and CHANDY ANDRE,

      Plaintiffs,

v.                                                      CASE NO. 2:09-CV-503-FtM-36DNF

SELLSTATE REALTY SYSTEMS
NETWORK, INC., a Florida corporation,
ARTHUR DARMANIN, an individual,
and NEIL CRESSWELL, an individual,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation filed by

United States Magistrate Judge Sheri P. Chappell on July 30, 2010 (Dkt. 54), recommending that

the Court grant Defendants' Second Motion to Strike Plaintiffs' Demand for Jury Trial (Dkt. 45).

No objections were filed to the Report and Recommendation, and the time to do so has expired.

After carefully considering Plaintiffs' Second Amended Complaint (Dkt. 40), Defendants'

Second Motion to Strike Jury Demand (Dkt. 45), Plaintiffs' Responses to the Motion (Dkt. 46, 53),

Defendants' Reply (Dkt. 50), and Magistrate Judge Chappell's Report and Recommendation, and

undertaking a *de novo* review of the legal determinations recommended therein, the Court concludes

that Magistrate Judge Chappell's Report and Recommendation should be confirmed and accepted.

**ACCORDINGLY**, it is now **ORDERED** and **ADJUDGED** as follows:

1.      The Report and Recommendation of the Magistrate Judge (Dkt. 54) is **ADOPTED,**

      **CONFIRMED** and **APPROVED** in all respects and is made a part of this Order for

all purposes, including appellate review.

2.      Defendants' Second Motion to Strike Plaintiffs' Demand for Jury Trial (Dkt. 45)

is **GRANTED**.  The Demand for Jury Trial in the Second Amended Complaint is

hereby **STRICKEN**.

3.      The Clerk is directed to terminate this pending motion.

**DONE AND ORDERED** at Ft. Myers, Florida, on August 18, 2010.

Charlene Edwards Honeywell
United States District Judge

COPIES TO:
Magistrate Judge Sheri P. Chappell
Counsel of Record

- 2 -