UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOHN ANDRE; CHANDY ANDRE,

          Plaintiffs,

-vs-                                                 Case No. 2:09-cv-503-FtM-36SPC

SELLSTATE REALTY SYSTEMS NETWORK,
INC. a Florida corporation; ARTHUR DARMANIN
an individual; NEIL J. CRESSWELL an individual;
and MICHAEL 36REIN, an individual,

          Defendants.
_____

**ORDER**

       This matter comes before the Court on Joint Motion to Amend Case Management Report and Scheduling Order to Enlarge Time for Completing Discovery, Conducting Mediation and Filing Dispositive Motions (Doc. #63) filed on October 29, 2010. The Parties jointly move this Court for an extension of the discovery, dispositive motion, and mediation deadline set in this case.

       District courts have broad discretion in managing their cases. Chrysler Int'l Corp. v. Chenaly, 280 F.3d 1358, 1360 (11th Cir. 2002). The broad discretion given to the court includes the management of pretrial activities such as discovery and scheduling. Id. (citing Johnson v. Bd. of Regents of Univ. Georgia, 263 F.3d 1234, 1269 (11th Cir. 2001)). Pursuant to Local Rule 3.01(g), both Counsel stipulated to the relief requested. The Parties have submitted proposed dates more conducive to completing discovery. As such, the Court will grant the requested extensions, but the extensions will require that the pre-trial and trial deadlines be extended as well.

       Accordingly, it is now

       **ORDERED:**

Joint Motion to Amend Case Management Report and Scheduling Order to Enlarge Time for Completing Discovery, Conducting Mediation and Filing Dispositive Motions (Doc. #63) is **GRANTED**. The deadlines in this case are amended as follows:

| | |
|---|---|
| Discovery | January 14, 2011 |
| Mediation | December 22, 2010 (with a Status Report to be filed within ten (10) days thereafter) <br><br> Gary H. Larsen <br> 401 N. Cattlemen Rd., Suite 300 <br> Sarasota, Florida |
| Dispositive, *Daubert*, and *Markman* Motions | February 4, 2011 |
| Meeting In Person to Prepare Joint Final Pretrial Statement | April 22, 2011 |
| Joint Final Pretrial Statement (*Including* a Single Set of Jointly Proposed Jury Instructions and Verdict Form, Voir Dire Questions, Witness Lists, Exhibit Lists on Approved Form) | May 2, 2011 |
| All Other Motions Including Motions *In Limine*, Trial Briefs | May 2, 2011 |
| Final Pretrial Conference | Date: May 23, 2011 <br> Time: 1:30 P.M. <br> Judge: Charlene Edwards Honeywell |
| Trial Term Begins | June 6, 2011 |

**All other deadlines remain unchanged.**

**DONE AND ORDERED** at Fort Myers, Florida, this ___1st___ day of November, 2010.

*SHERI POLSTER CHAPPELL*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record